**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                          Case No. 3:98-cr-319-J-32HTS

TERRAL D. WILLIAMS
a/k/a Terrell Devon Williams
_____

UNITED STATES OF AMERICA

v.                                          Case No. 3:01-cr-22-J-32HTS

TERRAL D. WILLIAMS
_____

**O R D E R**

This cause is before the Court on the Motion for Release of Probation Reports and Amount of Restitution (Docs. ##91, 187; Motion). The United States has filed a response to the Motion. *See* United States' Response to Defendant's Motion for Release of Probation Reports and Amount of Restitution (Docs. ##93, 189; Response).

Defendant "request[s that the] Court enter an order allowing [the probation officer] to release copies of the probation reports filed by Defendant[] as well as provide copies of receipts showing the amount of restitution paid by Defendant." Motion at 1-2. The government makes no argument that Defendant should not receive these materials. It contends the Motion is moot because the

probation officer "has advised he is able to release information concerning restitution paid by the defendant" and "the two probation reports in question are available as discovery in the supervised release, and copies have been sent to counsel." Response at 1. The Motion does not specify how many reports are at issue. Therefore, it is unclear whether all the materials have been provided to Defendant.

In light of the foregoing, the Motion (Docs. #91; 187) is **GRANTED** to the extent the United States Probation Office may release copies of the probation reports and restitution information to counsel for Defendant.

**DONE** and **ORDERED** at Jacksonville, Florida, this 13th day of October, 2005.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Probation
Counsel of Record
    and pro se parties, if any