**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                       Case No. 3:98-cr-319-J-32MCR
                                               3:01-cr-22-J-32MCR

TERRAL D. WILLIAMS

## O R D E R

This case is before the Court on the Motion to Correct and Adjust the Restitution Amount That Has Been Paid, Seized, But Not Credited Towards the Final Restitution Amount and Order in This Cause Pursuant to the Eleventh [Circuit] Court of Appeals [sic] Remand on September 29, 2000 Upon the Sole Issue of Determination of the Manner and Schedule for Defendant's Payment of Restitution ("Motion") (Doc. 248 in Case No. 3:98-cr-319-J-32MCR; Doc. 140 in Case No. 3:01-cr-22-J-32MCR), filed on July 25, 2017. On June 3, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 167) recommending that the Motion be terminated. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59.

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 167), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 167) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion (Doc. 248 in Case No. 3:98-cr-319-J-32MCR; Doc. 140 in Case No. 3:01-cr-22-J-32MCR) is **TERMINATED**.

3. These cases remain closed.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Kevin C. Frein, AUSA
Roland Falcon, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant